

B3A Application (12/07)  BlumbergExcelsior, Inc., Publisher, NYC 10013

**FILED**
APR 17 2012
UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
KENNETH S. GARDNER, CLERK
PS REP. - AJ

**United States Bankruptcy Court**    NORTHERN **District of** ILLINOIS

In re DUNN SR, DERRICK L.                    Debtor(s)    Case No. *12-15488*

Chapter 7

## APPLICATION TO PAY FILING FEE IN INSTALLMENTS

1. In accordance with Fed. R. Bankr. P. 1006, I apply for permission to pay the filing fee amounting to in installments.
2. I am unable to pay the filing fee except in installments.
3. Until the filing fee is paid in full, I will not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.
4. I propose the following terms for the payment of the Filing Fee*

   $ *76.50*    Check one    ☐ With the filing of the petition, or
                             ☑ On or before *MAY 17, 2012*

   $ *76.50*    on or before *JUNE 16, 2012*
   $ *76.50*    on or before *JULY 16, 2012*
   $ *76.50*    on or before *AUG 15, 2012*

   * The number of installments proposed shall not exceed four (4), and the final installment shall be payable not later than 120 days after filing the petition. For cause shown, the court may extend the time of any installment, provided the last installment is paid not later than 180 days after filing the petition. Fed. R. Bankr. P. 1006(b)(2).

5. I understand that if I fail to pay any installments when due, my bankruptcy case may be dismissed and I may not receive a discharge of my debts.

_____    _____    /s/ Derrick Dunn    *Apr. 17, 2012*
Signature of Attorney    Date    Signature of Debtor    Date
                                (In a joint case, both spouses must sign.)

Name of Attorney    Signature of Joint Debtor (if any)    Date

## DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See U.S.C. §110.)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. §110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§110(b), 110(h), and 342(b); and (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. §110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section; and (4) I will not accept any additional money or other property from the debtor before the filing fee is paid in full.

Print or Type Name and Title, if any, of Bankruptcy Petition Preparer    Social Security No. (Required by 11 U.S.C. §110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs this document.*
Address:

X_____    _____
Signature of Bankruptcy Petition Preparer    Date

Names and Social Security Numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person*

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.

 B3A Order (10/06)  BlumbergExcelsior, Inc., Publisher, NYC 10013

United States Bankruptcy Court     NORTHERN **District of** ILLINOIS

In re DUNN SR, DERRICK L.                    Debtor(s)     Case No. *12-15488*

Chapter 7

## ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

✓ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

| $ | Check one | With the filing of the petition, or |
| | | On or before |
| $ | on or before | |
| $ | on or before | |
| $ | on or before | |

IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer an additional property to an attorney or any other person for services in connection with this case.

BY THE COURT



KENNETH S. GARDNER
Clerk, U.S. Bankruptcy Court

Date: APR 17 2012

_____
*United States Bankruptcy Judge*